CP:WMN
F.#2006R00530

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA

    - against -

JEAN PAUL VENTRE,

        Defendant.
- - - - - - - - - - - - - - - -X

O R D E R

06-CR-0217 (ARR)

Upon the joint application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney WALTER NORKIN, and ANDREW S. RENDEIRO, Esq., counsel for the defendant JEAN PAUL VENTRE, it is hereby

ORDERED that the defendant JEAN PAUL VENTRE be transferred forthwith from the Metropolitan Detention Center in Brooklyn, New York to the Federal Medical Center ("FMC") in Butner, North Carolina or such other FMC as the Bureau of Prisons deems appropriate; and

ORDERED that the defendant JEAN PAUL VENTRE be transported by the most expeditious and direct means available.

Dated:    Brooklyn, New York
         June 28, 2006

*Allyne R. Ross*

HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK