PC:WMN
F.#2006R00530

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JEAN PAUL VENTRE,

          Defendant.

- - - - - - - - - - - - - - -X

A M E N D E D
O R D E R

06-CR-0217 (ARR)

        Upon the joint application of ROSLYNN R. MAUSKOPF,
United States Attorney for the Eastern District of New York, by
Assistant United States Attorney WALTER NORKIN, and ANDREW S.
RENDEIRO, Esq., counsel for the defendant JEAN PAUL VENTRE, it is
hereby

        ORDERED, pursuant to 18 U.S.C. Section 4241(d), that
the defendant JEAN PAUL VENTRE be transferred forthwith from the
Metropolitan Detention Center in Brooklyn, New York to the
Federal Medical Center ("FMC") in Butner, North Carolina or such
other FMC as the Bureau of Prisons deems appropriate; and

        ORDERED that the defendant JEAN PAUL VENTRE be
transported by the most expeditious and direct means available.

Dated:    Brooklyn, New York
       July 7, 2006

                        Allyne R. Ross

                        HONORABLE ALLYNE R. ROSS
                        UNITED STATES DISTRICT JUDGE
                        EASTERN DISTRICT OF NEW YORK